UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-118 |
| VERSUS | SECTION "F" |
| WILLIAM MCGINNESS<br>PAUL TALLMAN<br>ALEX MADRIAGA<br>WAYNE ANDREWS<br>RENE RIZAL | VIOLATION: 18 USC § 371<br>18 USC § 554<br>16 USC § 3372(d)(2)<br>16 USC § 3373(d)(3)(A)<br>18 USC § 2 |

NOTICE OF TRIAL AND PRE-TRIAL CONFERENCE
(as to Defendants Paul Tallman, Alex Madriaga, Wayne Andrews and Rene Rizal)

Take Notice that this criminal case has been set for TRIAL on AUGUST 27, 2018, at 9:00 a.m. before Judge Martin L. C. Feldman, Federal Courthouse Building, 500 Poydras Street, Courtroom C-551, New Orleans, LA 70130.   A FINAL PRE-TRIAL CONFERENCE will be held on August 9, 2018 at 10:30 a.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: June 26, 2018
TO:

| | |
|---|---|
| WILLIAM MCGINNESS<br>BUENA PARK, CA<br>**COUNSEL FOR MCGINNESS:**<br>ROBERT TOALE | WILLIAM W. BLEVINS, CLERK<br>by: Cherie B. Stouder, Deputy Clerk |
| PAUL TALLMAN<br>DESTREHAN, LA<br>**COUNSEL FOR TALLMAN:**<br>WILLIAM P. GIBBENS | AUSA   GREGORY M. KENNEDY<br>DOJ/ENRD:  MARY DEE CARRAWAY<br><br>U.S. Marshal<br><br>U.S. Probation/Pretrial Services Unit |
| ALEX MADRIAGA<br>BUENA PARK, CA<br>**COUNSEL FOR MADRIAGA:**<br>BRIAN CAPITELLI | **JUDGE FELDMAN**<br><br>**MAGISTRATE JUDGE** |
| WAYNE ANDREWS<br>ROYAL OAKS, CA<br>**COUNSEL FOR ANDREWS:**<br>PATRICK A. GIRAUD | FOREIGN LANGUAGE INTERPRETER:<br>NONE<br><br>AGENCY:  U. S. FISH & WILDLIFE SERVICE<br>SPECIAL AGENT BEN BRYANT |
| RENE RIZAL<br>LA MIRADA, CA<br>**COUNSEL FOR RIZAL:**<br>ELIZABETH CARPENTER | If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7683 |