UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. 18-118 |
| VERSUS | * | Section: "F" |
| WILLIAM MCGINNESS, ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

IT IS HEREBY ORDERED that Defendant Alex Madriaga's Motion to Permit Travel is set for hearing on the 17th day of October, 2018 at 1:30 PM.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2018.

_____
THE HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

1