UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. 18-118 |
| | * | |
| VERSUS | * | Section: "F" |
| | * | |
| WILLIAM MCGINNESS, ET AL. | * | |

*************************************************************************

## ORDER

CONSIDERING defendant ALEX MADRIAGA'S Motion to Enroll as Counsel of Record:

   IT IS HEREBY ORDERED that the defendant's motion be GRANTED; and

   IT IS FURTHER ORDERED that Justine S. Geiger, Attorney at Law, be enrolled as additional counsel of record for Alex Madriaga, defendant in the above-captioned matter.

   NEW ORLEANS, LOUISIANA this 21st day of September, 2018.

_____
THE HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

1