UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. 18-118 |
| VERSUS | * | Section: "F" |
| WILLIAM MCGINNESS, ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING the Waiver of Personal Presence at Motion Hearing submitted by Defendant Alex Madriaga:

IT IS HEREBY ORDERED that the Defendant is excused from personally appearing at the hearing on his Motion to Submit Travel scheduled for Tuesday, October 9, 2018 at 11:00 AM.

NEW ORLEANS, LOUISIANA this 4th day of October, 2018.

_____
**Joseph C. Wilkinson, Jr.  United States Magistrate Judge**

1