MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 9, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-118 |
| DR. ALEX MADRIAGA | SECTION F |

A motion to permit travel was held before United States Magistrate Judge Joseph C. Wilkinson, Jr.

PRESENT: Gregory Kennedy for Mary Dee Carraway, Asst. U.S. Attorney
Brian Capitelli, Counsel for the defendant
Jessica Homann, U.S. Probation Officer

Defendant waived his personal presence at the hearing. Statements were made to the Court by the Probation Officer, counsel for the defendant and for the government.

For the reasons stated on the record **IT IS ORDERED** that the motion to permit travel is **DENIED**.

JOSEPH WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:12