

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2019 JUN -6  P 4: 40
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# MISDEMEANOR

## SUPERSEDING BILL OF INFORMATION
## FOR VIOLATION OF THE LACEY ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-118 |
| v. | * | SECTION: "F" (1) |
| ALEX MADRIAGA | * | VIOLATIONS: 16 U.S.C. § 3372(d)(2) |
| | | 16 U.S.C. § 3373(d)(3)(B) |

\* \* \*

The United States Attorney charges that:

### COUNT 1

On or about January 31, 2015, in the Eastern District of Louisiana and elsewhere, the defendant, **ALEX MADRIAGA,** did knowingly make a false record, that is a veterinary health certificate, concerning co-defendant William McGinness' birds, that were intended to be transported in foreign commerce, and which veterinary health certificate the defendant then knew falsely stated that Bill's Birds was located in Louisiana, when in fact it was located in California, that the certificate was issued in Louisiana, when in fact it was issued in California, and that the

X Fee U SA
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

birds were quarantined for 21 days in Louisiana, when in fact, they were not quarantined; all in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(B).

PETER G. STRASSER
UNITED STATES ATTORNEY

MARY DEE CARRAWAY
Trial Attorney
North Carolina Bar Number 19864
United States Department of Justice
Environmental Crimes Section

GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896

New Orleans, Louisiana
June 6, 2019

2

No. 18-118 "F"

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ALEX MADRIAGA

SUPERSEDING BILL OF INFORMATION
FOR VIOLATIONS OF THE LACEY ACT

Violation(s):     16 U.S.C. § 3372(d)(2)
                  16 U.S.C. § 3373(d)(3)(B)

Filed _____, 20 19

_____, Clerk.

By _____

_____, Deputy

GREGORY M. KENNEDY
Assistant United States Attorney