UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-118 |
| v. | * | SECTION: "F" (1) |
| ALEX MADRIAGA | * | |

\* \* \*

## FACTUAL BASIS

Defendant **ALEX MADRIAGA** ("**MADRIAGA**") has agreed to enter a plea of guilty to the one-count Bill of Information charging him with knowingly making a false record concerning wildlife intended to be transported in foreign commerce, in violation of the Lacey Act, 16 U.S.C. §§ 3372(d)(2) and 3373(d)(3)(B). Were this matter brought to trial, the United States would prove, through competent witnesses and documentary evidence, the following facts beyond a reasonable doubt.

**MADRIAGA** is a veterinarian licensed to practice veterinary medicine in California, and resides at 4706 Saint Andrews Street, Buena Park, California. **MADRIAGA** works part time at a veterinary clinic in Buena Park, California. He is an accredited veterinarian under the United States Department of Agriculture's National Veterinary Accreditation program whose purpose is to provide training and information to private practice veterinarians, to ensure the health of livestock and animals, and to protect public health.

The Conventional on International Trade in Endangered Species ("CITES") is a multilateral treaty which provides a mechanism for regulating international trade in species whose continued survival is considered threatened by trade.

On July 12, 2015, **MADRIAGA** signed a veterinary health certificate "the certificate" containing false information for the export of exotic birds from Louisiana to Taiwan at the request

of co-defendant William S. McGinness' ("McGinness") a bird breeder, exporter, and owner of Bill's Birds. Among other things, the certificate falsely listed the address of Bill's Birds as 78490 Church Road, Folsom LA, 70437, when in fact Bill's Birds is located in Buena Park, California, that the certificate was issued in Louisiana, when in fact it was issued in California, and that the birds were quarantined for 21 days in Louisiana, when in fact they were not quarantined. **MADRIAGA** knew this information to be false and that McGinness was planning to use the veterinary certificate to obtain approval from the Fish and Wildlife Service to export birds to Taiwan.

**MADRIAGA** received $30 in compensation from McGinness for signing the breeder's certificate.

**APPROVED AND ACCEPTED:**

_____     6-12-19
MARY DEE CARRAWAY                   Date
Trial Attorney
Department of Justice, ENRD

_____     6-6-19
GREGORY M. KENNEDY                  Date
Assistant United States Attorney

_____     6-12-19
BRIAN J. CAPITELLI, ESQ.            Date
Attorney for the Defendant Alex Madriaga

_____     6-12-19
ALEX MADRIAGA                       Date
Defendant