UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-118 |
| VERSUS | SECTION "F" |
| WILLIAM MCGINNESS<br>PAUL TALLMAN<br>ALEX MADRIAGA<br>WAYNE ANDREWS<br>RENE RIZAL | VIOLATION: 18 USC § 371<br>18 USC § 554<br>16 USC § 3372(d)(2)<br>16 USC § 3373(d)(3)(A)<br>18 USC § 2 |

NOTICE OF <u>SENTENCING</u>
(As to Alex Madriaga ONLY)

Take Notice that this criminal case has been set for SENTENCING on **AUGUST 28, 2019, at 1:30 p.m.** before Judge Martin L. C. Feldman, Federal Courthouse Building, 500 Poydras Street, Courtroom C-551, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: June 17, 2019
TO:
WILLIAM MCGINNESS
BUENA PARK, CA
**COUNSEL FOR MCGINNESS:**
ROBERT TOALE

PAUL TALLMAN
DESTREHAN, LA
**COUNSEL FOR TALLMAN:**
WILLIAM P. GIBBENS
IAN ATKINSON

ALEX MADRIAGA
BUENA PARK, CA
**COUNSEL FOR MADRIAGA:**
BRIAN CAPITELLI

WAYNE ANDREWS
ROYAL OAKS, CA
**COUNSEL FOR ANDREWS:**
PATRICK A. GIRAUD

RENE RIZAL
CERRITOS, CA
**COUNSEL FOR RIZAL:**
ELIZABETH CARPENTER

WILLIAM W. BLEVINS, CLERK
by: Cherie B. Stouder, Deputy Clerk

AUSA   GREGORY M. KENNEDY
DOJ/ENRD:  MARY DEE CARRAWAY

U.S. Marshal

U.S. Probation/Pretrial Services Unit

**JUDGE FELDMAN**

**MAGISTRATE JUDGE**

FOREIGN LANGUAGE INTERPRETER:
NONE

AGENCY:  U. S. FISH & WILDLIFE SERVICE
SPECIAL AGENT BEN BRYANT

If you change address, notify
Clerk of Court by phone,
(504) 589-7683