MINUTE ENTRY
FELDMAN, J.
JANUARY 15, 2020
JS10:  00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 18-118 |
| ALEX MADRIAGA | SECTION  "F" |

**SENTENCING**

COURTROOM DEPUTY:   Cherie Stouder
COURT REPORTER:        Toni Tusa

APPEARANCES:   Mary Dee Carraway, Counsel for the Government
Brian Capitelli, Counsel for the Defendant
Tamika Jackson, U.S. Probation Officer
Alex Madriaga, Defendant

Case called at 2:15 p.m.; all present and ready.
Statement by counsel for defendant in mitigation of sentence.
Defendant sentenced as to Count 1 of the Superseding Bill of Information.
Government's oral motion to dismiss Count 1 of the Indictment – GRANTED
See Judgment.
The defendant was released and ordered to report to the U.S. Probation Office.
Court adjourned at 2:20 p.m..